WALKER v. LEMMA et al.

(*Nashville*.   December Term, 1913.)

**SUPERSEDEAS.   Jurisdiction.   Supreme Court.**

Under Acts 1907, ch. 82, sec. 8, providing for the review by the
supreme court upon *certiorari* of the cases   appealed to the
court of civil appeals, the supreme court can take jurisdiction
of such cases only through that writ, and then only after final
decree or judgment in the court of civil appeals, and it has no
jurisdiction to issue a writ of *supersedeas* suspending or discharg-
ing a *supersedeas* granted by the court of civil appeals.

Acts cited and construed:   Acts 1907, ch 82.

---

FROM MARION

---

Appeal from Chancery Court, Marion County.—V.
C. ALLEN, Chancellor.

G. B. MURRAY, for plaintiff.

W. E. WILKERSON, for defendants.

MR. CHIEF JUSTICE NEIL delivered the opinion of the
Court.

The question to be determined arises under a peti-
tion filed before this court to supersede an order of
*supersedeas* granted by the court of civil appeals
against an order issued by the chancellor holding the
chancery court of Marion county.

Walker v. Lemma

It appears that a bill was filed in the chancery court referred to, enjoining the sale of land under a trust deed. The chancellor dissolved the injunction. The court of civil appeals, on petition of the complainant in that case, granted a *supersedeas* against the chancellor's decree of dissolution. A motion was afterwards made in the court of civil appeals to discharge the *supersedeas* and that court refused to do so. In the petition now filed before us, and its accompanying brief, it is insisted that the court of civil appeals committed grave error in granting the *supersedeas* to the chancellor's order, and we are asked by the writ of *supersedeas* to suspend or discharge the *supersedeas* which the court of civil appeals granted.

We express no opinion upon the merits of the question, because in the view we take of the matter we have no jurisdiction. The bill presents a case lying wholly within the jurisdiction of the court of civil appeals under section 7 of chapter 82 of the Acts of 1907 creating that court. We can take jurisdiction of cases in that court only through the writ of *certiorari,* and then only after final decree or judgment in that court. Acts 1907, ch. 82, sec. 8.

On the ground stated, the petition must be disallowed.